UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JERMEY LEONARD WOODMAN,   Case No. 2:16-cv-01876-CL

    Petitioner,   ORDER OF DISMISSAL

  v.

BRIGITTE AMSBERRY,

    Respondent.

_____

AIKEN, District Judge.

    The Court GRANTS Petitioner's Motion for Voluntary Dismissal (ECF No. 130) filed on December 21, 2023, and ORDERS that this action is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this 27th day of December, 2023.

                                                    /s/Ann Aiken
                                                          Ann Aiken
                                        United States District Judge

1– ORDER OF DISMISSAL